IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:07cr273-WC |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| WILLIAM CECIL WILLIAMSON | ) | INFORMATION |

The United States Attorney charges that:

On or about the 22nd of June 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, WILLIAM CECIL WILLIAMSON did knowingly steal, purloin, conceal and retain, with intent to convert to his use and use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: one pair of brown and black fishing glasses, three bags lead round split shot sinkers size 2, three bags lead round split shot sinkers size 3, one bag lead round split shot sinker size 3/0, two bream killer size 8, one Black Gnat 2pk, and two packs P3 Panfish Poppers, in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

EMILY M. RUISANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA BAR NO. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

STATE OF ALABAMA        )    AFFIDAVIT
                        )
DALE COUNTY             )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. On the 22nd of June 2007, at approximately 10:52 A.M., I received a call to go the PX to handle a shoplifting incident. Upon arrival, I met with Mrs. Linda Scott, PX Security, and she showed me a video of a man placing items on his person. The man was identified as WILLIAM CECIL WILLIAMSON. The video showed WILLIAMSON take several items from the display – a fishing glass, three lead round split shot sinkers, one Black Gnat 2pk, two P3 Panfish Poppers, two Bream Killer size 8, three lead round split shot sinkers, and one lead round split shot sinker. WILLIAMSON placed the items into his pocket. WILLIAMSON proceeded to exit the store without payment of the items. WILLIAMSON was detained by PX Security until the Military Police arrival. I placed WILLIAMSON under apprehension and transported him to the Military Police Station where he was further processed. WILLIAMSON was advised of his legal rights which he invoked. WILLIAMSON was further processed and released on his own recognizance. The items were returned to AAFES stock. The estimated value of the items is $29.17.

DEREK D. TAYLOR, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 25 day of OCTOBER 2007.

NOTARY PUBLIC

My commission expires:   NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS