IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR NO. 1:07cr273-WC |
| | ) | |
| | ) | |
| WILLIAM CECIL WILLIAMSON | ) | |

## ORDER ON MOTION

On 15 November 2007, Defendant filed a Motion for Appointment of Counsel (Doc. #5). Upon consideration of Defendant's financial affidavit (Doc. #4), submitted in support of the motion, it appears that Defendant is able to retain his own attorney, and is not entitled to the appointment of counsel. Therefore, it is

ORDERED that the motion (Doc. #5) is DENIED.

DONE this 16th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE