### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 1:07-cr-273-WC** |
| | ) | |
| **WILLIAM CECIL WILLIAMSON** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Everett M. Urech, and enters his appearance as counsel for **WILLIAM CECIL WILLIAMSON** in the above-styled matter.

Dated this 21st day of November 2007.

        Respectfully submitted,

        s/Everett M. Urech
        **EVERETT M. URECH**
        **AL BAR NO.: ASB-6693-E44E**
        Attorney for Defendant
        Urech & Livaudais, P.C.
        P.O. Drawer 70
        510 N. Daleville Ave
        Daleville, AL 36322
        TEL: (334) 598-4455
        FAX: (334) 598-2076
        E-Mail: daleattyeu@graceba.net

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

CPT Emily Maria Ruiscanchez, United States Army
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362
emily.ruisanchez@us.army.mil

Mr. Kent B. Brunson
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197
Kent.Brunson@usdoj.gov

                                                **s/Everett M. Urech**
                                                **EVERETT M. URECH**