#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | **CASE NO: 1:07-cr-273-WC** |
| ) | |
| **WILLIAM CECIL WILLIAMSON,** ) | |
| **Defendant** ) | |

### MOTION TO CONTINUE

The Defendant in this case moves for a continuance in the case. His court date now set for March 11, 2007. Mr. Williamson has applied for pre-trial diversion in this case. He is almost 70 years old and has no previous criminal record. Fort Rucker authorities have recommended approval. The U.S. Probation Office is doing a pre-trial diversion investigative report for the U.S. Attorneys Office. From speaking with the probation officer it does not appear the report will be finished prior to the motion cut-off deadline of January 25, 2007. Therefore, the Defendant moves that this case be continued to allow sufficient time for pre-trial diversion processing.

Dated January 17, 2008.

                                                        Respectfully submitted,

                                                       **s/Everett M. Urech**
                                                     **EVERETT M. URECH**
                                                     **AL BAR NO.: ASB-6693-E44E**
                                                     Attorney for Defendant
                                                     Urech & Livaudais, P.C.
                                                     P.O. Drawer 70
                                                     510 N. Daleville Ave
                                                     Daleville, AL 36322
                                                     TEL: (334) 598-4455
                                                     FAX: (334) 598-2076
                                                     E-Mail: daleattyeu@graceba.net

## CERTIFICATE OF SERVICE

      I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

CPT Emily Maria Ruisanchez, United States Army
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362
emily.ruisanchez@us.army.mil

Mr. Kent B. Brunson
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197
Kent.Brunson@usdoj.gov

                                              s/Everett M. Urech
                                              **EVERETT M. URECH**