IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07cr273-WC |
| | ) | |
| WILLIAM CECIL WILLIAMSON | ) | |

## ORDER

On January 17, 2008 the defendant filed a motion to continue trial (Doc. 12). Counsel for the parties have indicated that this case will be resolved by pretrial diversion. The Court has no reason to believe that this process can not be completed by the scheduled trial date. For good cause, it is

ORDERED that the motion to continue trial is hereby denied.

It is further ORDERED that the pretrial conference currently set for February 15, 2008 is hereby reset to February 11, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 23rd day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE